FILED
DEC 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 00639 |
| v. ) | |
| ) | Title 18, United States Code, |
| ANTON WOODLEY, ) | Sections 1201(a)(1) and 2119(1) |
| CASHAUN WOODLEY, ) | |
| LAVONTAY JOHNSON. ) | **JUDGE BARKER** |
| ) | |
| Defendants. ) | |

COUNT 1
(Carjacking, 18 U.S.C. § 2119(1))

The Grand Jury charges:

1. On or about December 12, 2021, in the Northern District of Ohio, Eastern Division, Defendants ANTON WOODLEY, CASHAUN WOODLEY, and LAVONTAY JOHNSON did knowingly and intentionally, by force and violence and by intimidation, and with intent to cause death or serious bodily harm, take a motor vehicle, to wit: a 2017 Gray Jeep Grand Cherokee, Ohio license plate JJD9189, that had been transported in interstate commerce from the person or presence of another, in violation of Title 18, United States Code, Section 2119(1).

COUNT 2
(Kidnapping, 18 U.S.C. § 1201(a)(1))

The Grand Jury further charges:

2. On or about December 12, 2021, in the Northern District of Ohio, Eastern Division, Defendants ANTON WOODLEY, CASHAUN WOODLEY, and LAVONTAY

JOHNSON did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold for random, reward, and otherwise facilitate the taking of financial and other property, and, in committing or in furtherance of the commission of the offense, used a 2017 Gray Jeep Grand Cherokee, telephones, and the Internet, each of which is a means, facility, and instrumentality of interstate or foreign commerce, all in violation of Title 18, United States Code, Section 1201(a)(1).

                                              A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.